UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SHERMAN M. SIMS,

Plaintiff,

v.

ROBERT TREALOFF,

Defendant.

Civil No. 00-182 (PAM/FLN)

**ORDER**

Plaintiff, a prisoner at the Minnesota Correctional Facility at Stillwater, Minnesota, commenced this action by filing a complaint in this District on January 25, 2000. He is seeking relief under 42 U.S.C. § 1983, claiming that Defendant Robert Trealoff, a prison official at the institution where he is incarcerated, violated his federal constitutional rights. The matter is presently before the Court on Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 2), by which Plaintiff seeks leave to proceed in this matter in forma pauperis ("IFP").

Plaintiff's IFP application will be GRANTED, which means that he will be excused from pre-paying the full filing fee for this action. However, Plaintiff will be required to pay the unpaid balance of the filing fee in installments pursuant to 28 U.S.C. § 1915(b)(2). See Ashley v. Dilworth, 147 F.3d 715, 716 (8th Cir. 1998) ("the purpose of the [Prison Litigation Reform Act] was to require all prisoner-litigants to pay filing fees in full, with the only issue being whether the inmate pays the entire filing fee at the initiation of the proceeding or in installments over a period of time"). The Clerk of Court shall provide notice of this requirement to the prison authorities at the institution where Plaintiff is confined.

FILED FEB 04 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Because IFP status has been granted, Plaintiff is entitled to have the Defendant served by the U.S. Marshal. 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(2). A summons shall therefore be issued and the U.S. Marshal will be directed to effect service of process on the Defendant named in the complaint.

The Court will presently defer any ruling on the adequacy of Plaintiff's pleading. (See 28 U.S.C. § 1915A.) If service of process is effected upon Defendant, he will be required to file an answer or other responsive pleading, notwithstanding the provisions of 42 U.S.C. § 1997e(g). A copy of this Order shall be served with the summons and complaint, so that Defendant will be apprised of his obligation to file a responsive pleading.

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is GRANTED;

2. Plaintiff shall pay the unpaid balance of the filing fee for this action in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court shall provide notice of this requirement to prison authorities at the institution where Plaintiff is confined;

3. The Clerk of Court shall issue a summons, and the U.S. Marshal shall effect service of process on the named Defendant;

4. A copy of this Order shall be served with the summons and complaint; and

5. If service of process is effected on Defendant, then he shall be required to file a response to the complaint.

Dated: February 4, 2000

FRANKLIN L. NOEL
Chief Magistrate Judge