UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sherman Mitchell Sims,

Plaintiff,

vs.

Robert Trealoff,

Defendant.

Case File No.: 00-CV-182 (PAM /FLN)

**ORDER**

---

Sherman Mitchell Sims, *pro se*.
Kari Jo Ferguson, Assistant Attorney General for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on November 1, 2000. Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff must file a response to Defendant's Motion for Summary Judgment by, December 16, 2000. If no response is received by that date, the Court will Recommend dismissal of this action.

DATED: Nov. 13, 2000

FRANKLIN L. NOEL
Chief Magistrate Judge



FILED 11-14-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK