# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Sherman Mitchell Sims

Plaintiff

v.

Robert Trealoff

Defendants

Case No. Civil 00-182 PAm/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's motion for summary judgment is granted. Plaintiff is not permitted to file an amended complaint. This action is dismissed with prejudice. This action is dismissed on the grounds that it is frivolous, so that the dismissal of this action will be counted as a strike against plaintiff. Plaintiff is liable for the unpaid balance of the filing fee for this action, namely $138.00.

DATE: June 28, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

(19)